**CR 423 091**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT

2023 NOV -1 ₱ 5: 24

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 21 U.S.C. § 846 |
| | ) Conspiracy to Possess with |
| ▮▮▮▮▮▮▮▮▮ | ) Intent to Distribute Controlled |
| | ) Substances |
| | ) |
| ROBERT MOSS, | ) 18 U.S.C. § 1951 |
| a/k/a "FAT BOY," and | ) Interference with Commerce by |
| BRANDON MCCALL WILLIAMS, | ) Robbery |
| a/k/a "LIL B," | ) |
| a/k/a "DOUGH BOY." | ) 18 U.S.C. § 2119 |
| | ) Carjacking Resulting in Serious |
| | ) Bodily Injury |
| | ) |
| | ) 18 U.S.C. § 924(o) |
| | ) Conspiracy to Use Firearm |
| | ) During and in Relation to a |
| | ) Crime of Violence and a Drug |
| | ) Trafficking Crime |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Use of a Firearm During and In |
| | ) Relation to a Crime of Violence |
| | ) and a Drug Trafficking Crime |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession with Intent to |
| | ) Distribute a Controlled |
| | ) Substance |

### THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Conspiracy to Possess with Intent to Distribute Controlled Substances*
21 U.S.C. § 846

Beginning on a date at least as early as October 1, 2021, up to and including

the return date of this Indictment, the precise dates being unknown, in Chatham

County, the Southern District of Georgia, and elsewhere, the Defendants,



**ROBERT MOSS,**
**a/k/a "FAT BOY,"**

**and**

**BRANDON MCCALL WILLIAMS,**
**a/k/a "LIL B,"**
**a/k/a "DOUGH BOY,"**

did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with others known and unknown, to possess with intent to distribute quantities of methamphetamine, a Schedule II controlled substance, and Heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
*Interference with Commerce by Robbery*
18 U.S.C. §§ 1951(a) & 2

On or about October 8, 2021, in Chatham County, the Southern District of Georgia, the Defendants,



**ROBERT MOSS,**
**a/k/a "FAT BOY,"**

**and**

**BRANDON MCCALL WILLIAMS,**
**a/k/a "LIL B,"**
**a/k/a "DOUGH BOY,"**

aided and abetted by each other, did obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in said statute, in that Defendants did unlawfully take and obtain property consisting of controlled substances from M.M., against the will of M.M. by means of actual and threatened force, violence and fear of injury, immediate and future to M.M., that is, Defendants did brandish and use a firearm to threaten M.M., and to take controlled substances and property belonging to M.M.

All in violation of Title 18, United States Code, Sections 1951(a) & 2.

3

## COUNT THREE
*Carjacking Resulting in Serious Bodily Injury*
18 U.S.C. §§ 2119 & 2

On or about September 8, 2021, in Chatham County, the Southern District of

Georgia, the Defendants,



## ROBERT MOSS,
a/k/a "FAT BOY,"

**and**

## BRANDON MCCALL WILLIAMS,
a/k/a "LIL B,"
a/k/a "DOUGH BOY,"

aided and abetted by each other, with the intent to cause death and serious bodily

harm, took a motor vehicle, to wit: a 2010 Hyundai Genesis, that had been

transported, shipped, and received in interstate and foreign commerce in the presence

of M.M. by force, violence, and intimidation, resulting in serious bodily injury, to wit:

a gunshot wound to the buttocks, that caused a substantial risk of death and extreme

physical pain.

All in violation of Title 18, United States Code, Sections 2119 & 2.

4

**COUNT FOUR**
*Conspiracy to Use a Firearm During and In Relation to a Crime of Violence*
*And a Drug Trafficking Crime*
18 U.S.C. § 924(o)

On or about October 8, 2021, in Chatham County, the Southern District of

Georgia, the Defendants,



**ROBERT MOSS,**
**a/k/a "FAT BOY,"**

**and**

**BRANDON MCCALL WILLIAMS,**
**a/k/a "LIL B,"**
**a/k/a "DOUGH BOY,"**

did knowingly and intentionally combine, conspire, and agree with each other to use

a firearm during and in relation to crimes of violence and a drug trafficking crime for

which they may be prosecuted in a court of the United States, to wit: Conspiracy to

Possess With Intent to Distribute a Controlled Substance, in violation of Title 21,

United States Code, Section 846, as charged in Count 1 of this Indictment,

Interference With Commerce by Robbery, in violation of Title 18, United States Code,

Section 1951, as charged in Count 2 of this Indictment, Carjacking Resulting In

Serious Bodily Injury, in violation of Title 18, United States Code, Section 2119 as

charged in Count 3 of this Indictment.

All in violation of Title 18, United States Code, Section 924(o).

5

## COUNT FIVE
*Use of a Firearm During and In Relation to a Drug Trafficking Crime*
18 U.S.C. §§ 924(c) & 2

On or about October 8, 2021, in Chatham County, the Southern District of Georgia, the Defendants,



**ROBERT MOSS,**
**a/k/a "FAT BOY,"**

**and**

**BRANDON MCCALL WILLIAMS,**
**a/k/a "LIL B,"**
**a/k/a "DOUGH BOY,"**

aided and abetted by each other, did use and discharge a firearm during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c) & 2.

6

## COUNT SIX

*Use of a Firearm During and In Relation to a Crime of Violence*
18 U.S.C. §§ 924(c) & 2

On or about October 8, 2021, in Chatham County, the Southern District of Georgia, the Defendants,



**ROBERT MOSS,**
**a/k/a "FAT BOY,"**

**and**

**BRANDON MCCALL WILLIAMS,**
**a/k/a "LIL B,"**
**a/k/a "DOUGH BOY,"**

aided and abetted by each other, did use and discharge a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951, as charged in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c) & 2.

7

## COUNT SEVEN
*Use of a Firearm During and In Relation to a Crime of Violence*
18 U.S.C. §§ 924(c) & 2

On or about October 8, 2021, in Chatham County, the Southern District of Georgia, the Defendants,



**ROBERT MOSS,**
**a/k/a "FAT BOY,"**

**and**

**BRANDON MCCALL WILLIAMS,**
**a/k/a "LIL B,"**
**a/k/a "DOUGH BOY,"**

aided and abetted by each other, did use and discharge a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, Carjacking Resulting in Serious Bodily Injury, in violation of Title 18, United States Code, Section 2119, as charged in Count 3 of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c) & 2.

8

## COUNT EIGHT
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 8, 2021, in Chatham County, the Southern District of Georgia, the Defendant,

### ROBERT MOSS,
### a/k/a "FAT BOY,"

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: an Ares Defense System, model SCR, multicaliber pistol which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT NINE
*Possession with Intent to Distribute a Controlled Substance*
*(Heroin)*
21 U.S.C. § 841(a)(1)

On or about October 12, 2021, in Chatham County, the Southern District of

Georgia, the Defendant,

**BRANDON MCCALL WILLIAMS,**
**a/k/a "LIL B,"**
**a/k/a "DOUGH BOY,"**

did knowingly and intentionally possess with intent to distribute a mixture or

substance containing a detectable amount of heroin, a Schedule I controlled

substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One Through Eight of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853 and 881(a), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses set forth in Two, Three, Four, Five, Six, Seven, and/or Eight of this Indictment, the Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ **ROBERT MOSS a/k/a "FAT BOY," and BRANDON MCCALL WILLIAMS a/k/a "LIL B" a/k/a "DOUGH BOY",** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including, but not limited to: Ares Defense System SCR multicaliber pistol, S/N AFL-002941.

Upon conviction of the offenses set forth in Count One of this Indictment, the Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **ROBERT MOSS a/k/a "FAT BOY," and BRANDON MCCALL WILLIAMS a/k/a "LIL B" a/k/a "DOUGH BOY",** shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853(a) and 881(a), any property constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, the offense, including but not limited to: Ares Defense System SCR

11

multicaliber pistol, S/N AFL-002941. If any of the property described above, as a result of any act or commission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28,

United States Code, Section 2461(c).

*{signatures on the following page}*

A True Bill.

F

Jill E. Steinberg
United States Attorney

Bradley R. Thompson
Assistant United States Attorney
*Lead Counsel

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

Frank M. Pennington, II
Assistant United States Attorney
*Co-Lead Counsel