## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

**CR 4 2 3  0 9 1**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | Conspiracy to Possess with |
| ▉ | ) | Intent to Distribute Controlled |
| | ) | Substances |
| ROBERT MOSS, | ) | |
| a/k/a "FAT BOY," and | ) | 18 U.S.C. § 1951 |
| BRANDON MCCALL WILLIAMS, | ) | Interference with Commerce by |
| a/k/a "LIL B," | ) | Robbery |
| a/k/a "DOUGH BOY." | ) | |
| | ) | 18 U.S.C. § 2119 |
| | ) | Carjacking Resulting in Serious |
| | ) | Bodily Injury |
| | ) | |
| | ) | 18 U.S.C. § 924(o) |
| | ) | Conspiracy to Use Firearm |
| | ) | During and in Relation to a |
| | ) | Crime of Violence and a Drug |
| | ) | Trafficking Crime |
| | ) | |
| | ) | 18 U.S.C. § 924(c) |
| | ) | Use of a Firearm During and In |
| | ) | Relation to a Crime of Violence |
| | ) | and a Drug Trafficking Crime |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to |
| | ) | Distribute a Controlled |
| | ) | Substance |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the

maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:** Conspiracy to Possess With Intent to Distribute Controlled Substances
21 U.S.C. § 846

- Not more than twenty (20) years of imprisonment
- Not more than a $1,000,000 fine
- Not less than three (3) years, not more than life imprisonment of supervised release
- $100 special assessment

**Count 2:** Interference With Commerce by Robbery
18 U.S.C. § 1951(a)

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

**Count 3:** Carjacking Resulting in Serious Bodily Injury
18 U.S.C. § 2119

- Not more than twenty-five (25) years of imprisonment
- Not more than a $250,000 fine
- Not more than five (5) years of supervised release
- $100 special assessment

**Count 4:** Conspiracy to Use a Firearm During and In Relation to a Crime of Violence and a Drug Trafficking Crime
18 U.S.C. § 924(o)

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

**Counts 5, 6 & 7:**
Use a Firearm During and In Relation to a Crime of Violence and a Drug Trafficking Crime
18 U.S.C. § 924(c)

- Not less than five (5) years of imprisonment consecutive to any other sentence of imprisonment, but not more than life imprisonment
- Not more than a $250,000 fine
- Not more than five (5) years of supervised release

- $100 special assessment

If a firearm was brandished:
- Not less than seven (7) years of imprisonment consecutive to any other sentence of imprisonment
- Not more than a $250,000 fine
- Not more than five (5) years of supervised release
- $100 special assessment

If a firearm was discharged:
- Not less than ten (10) years of imprisonment consecutive to any other sentence of imprisonment
- Not more than a $250,000 fine
- Not more than five (5) years of supervised release
- $100 special assessment

**Count 8:**   Possession of a Firearm by a Prohibited Person
18 U.S.C. § 922(g)(1)

- Not more than ten (10) years of imprisonment
- Not more than a $250,000.00 fine
- Not more than three (3) years of supervised release; and
- $100.00 special assessment.

**Count 9:**   Possession with Intent to Distribute a Controlled Substance (Heroin)
21 U.S.C. § 841(a)(1)

- Not more than twenty (20) years imprisonment
- Not more than a $1,000,000 fine
- Not less than three (3) years of supervised release
- $100 special assessment

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Bradley R. Thompson*

Bradley R. Thompson
Assistant United States Attorney
Georgia Bar Number 706187

3