IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MOSS,<br><br>      Defendant. | CASE NO.: 4:23-cr-91-2 |

**O R D E R**

      The Government filed a Motion to Seal Letter Filed Alongside this Filing, which asks for permission to file a letter related to plea negotiations on the docket and under seal.  Doc. 125.  After careful consideration, the Court **DENIES** Government's Motion.

      The Government states that it wants to file this letter about plea negotiations to "protect the record."  Id.  The Government does not offer the letter in support of any pending motion, opposition to any motion, or for trial purposes.  The Government has not given any specific reason for filing this letter on the docket in this case at this time.  Because there is no demonstrable reason for the Government to file the document in this case at this time, the Government's request to file the document under seal is denied.  If the Government determines it needs to submit this communication to the Court in the future to support a specific pleading, motion, or response or as an exhibit for a hearing or trial, the Government may renew its request at that time.

**SO ORDERED**, this 18th day of September, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA